# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2112
_____

United States of America

*Plaintiff - Appellee*

v.

Kevin Solorzano-Gonzalez

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Harrison

_____

Submitted: October 15, 2024
Filed: October 18, 2024
[Unpublished]

_____

Before GRUENDER, BENTON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Kevin Solorzano-Gonzalez appeals the below-Guidelines sentence the district court[1] imposed after he pled guilty to transportation of child pornography. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

_____

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

Counsel moved for leave to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that the sentence was substantively unreasonable. Upon careful review, this court concludes that the district court properly considered the 18 U.S.C. § 3553(a) factors; there was no indication that it overlooked a relevant factor, or committed a clear error of judgment in weighing relevant factors; and the below-Guidelines sentence was substantively reasonable. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (abuse of discretion review); *United States v. Anderson*, 90 F.4th 1226, 1227 (8th Cir. 2024) (district court has wide latitude in weighing relevant factors; downward variance substantively reasonable where court carefully considered § 3553(a) factors); *United States v. McCauley*, 715 F.3d 1119, 1127 (8th Cir. 2013) (when district court varies below Guidelines range, it is "nearly inconceivable" that court abused its discretion in not varying further).

Having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), this court finds no non-frivolous issues for appeal.

The judgment is affirmed and counsel's motion to withdraw is granted.

_____